| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Alito, Samuel A. | 2. Court or Organization<br><br>United States Supreme Court | 3. Date of Report<br><br>8/13/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial   ☑ Annual        ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Supreme Court
1 First Street, NE
Washington, DC 20544

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 8/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8/5/2011 | Duquesne University School of Law - Teaching | $15,000.00 |
| 2. 8/25/2011 | Duke Law School - Teaching | $11,955.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Hawaii | January 22-30, 2011 | Honolulu, Hawaii | Teaching | Transportation, Meals, Lodging. |
| 2. | The Federalist Society | March 10-14, 2011 | Menlo Park, California | Speaking Engagement | Transportation, Meals, Lodging |
| 3. | Bar Association of Metropolitan St. Louis | May 15-17, 2011 | St. Louis, Missouri | Speaking Engagement | Transportation, Meals, Lodging |
| 4. | Duquesne University School of Law | July 5-15, 2011 | Rome, Italy | Teaching | Transportation, Meals, Lodging |
| 5. | Duke Law School | September 12-16, 2011 | Durham, North Carolina | Teaching | Transportation, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 8/13/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federalist Society | October 19-23, 2011 | Vienna, Austria | Speaking Engagement. Participate in Conference with European Judges and Lawyers | Transportation, Meals, Lodging |
| 7. | Rutgers University School of Law | November 15, 2011 | Newark, New Jersey | Speaking Engagement | Transportation, Meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 8/13/2012 |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 8/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. US Savings Bonds Series EE (Y) | | | | | | | | | |
| 2. Vang. Tax Ex. Mny. Mkt. Fund | A | Interest | J | T | | | | | |
| 3. Vang. Inter. Term Tax Ex. Fund | A | Interest | J | T | | | | | |
| 4. Vang. L. T. Tax Ex. Fund | A | Interest | J | T | | | | | |
| 5. Vang. Star Mut. Fund | A | Dividend | K | T | | | | | |
| 6. Vang. Wellington Mut. Fund | C | Dividend | M | T | | | | | |
| 7. Smith Barney Money Funds Cash Port. | A | Dividend | J | T | | | | | |
| 8. PNC Bank Account | A | Interest | K | T | | | | | |
| 9. Vang. Small Cap. Stock Fund | B | Dividend | L | T | | | | | |
| 10. Vang. Total Stock Mkt. Index F. | B | Dividend | M | T | | | | | |
| 11. Windsor II | A | Dividend | J | T | Sold (part) | 06/14/11 | J | B | |
| 12. Fidelity Eq.-Inc. II Fund (Y) | | | | | | | | | |
| 13. Vang. Tax Ex. Mny Mkt. | A | Interest | J | T | | | | | |
| 14. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 15. BMY Common Stock (Y) | | | | | | | | | |
| 16. XOM Common Stock | B | Dividend | M | T | | | | | |
| 17. PNC Bank Account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 8/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Edward Jones Investment (cash account) | | None | J | T | | | | | |
| 19.  Vanguard Target Retirement Acct. 2015 | B | Int./Div. | J | T | Open | 08/24/11 | J | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

19. My interest in the Duke Retirement Plan (Vanguard Target Retirement Account 2015) is derived in its entirety from an employer contribution, which is not listed as outside earned income on the ground that it is not taxable

Information on assets held      who are no longer dependents is omitted.

May 10, 2011 - A charitable contribution of $2,000 was made on my behalf by the Manhattan Institute for which I gave a speech in October 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Samuel A. Alito

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544